FILED

2016 JUN -2 PM 4: 37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: 7h          DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br><br>Mike Valladares-Lopez,<br>Defendant | CASE NO. 15CR0940-JM<br><br>JUDGMENT AND ORDER OF DISMISSAL OF<br>INFORMATION AND RELEASE OF ANY<br>DOCUMENTS HELD BY PRETRIAL SERVICES |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with

prejudice, and any documents released by Pretrial if held.

IT IS SO ORDERED.

DATED: 4-19-16

HONORABLE JILL L. BURKHARDT
United States Magistrate Judge